**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL MINUTES-GENERAL**

Case No. ED CV <u>10-346-VAP (PLA)</u>                                                                                     Date <u>September 15, 2010</u>

Title:  <u>Jesse Yarborough v. United States of America, et al.</u>

---

☐ **U.S. DISTRICT JUDGE**

**PRESENT:  THE HONORABLE     PAUL L. ABRAMS**

☒ **MAGISTRATE JUDGE**

| <u>Christianna Howard</u> | <u>N/A</u> | <u>N/A</u> |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**                         **ATTORNEYS PRESENT FOR DEFENDANTS:**
                  NONE                                                                                          NONE

**PROCEEDINGS:**          **(IN CHAMBERS)**

On July 14, 2010, this Court issued an Order giving plaintiff until August 12, 2010, to: 1. file a declaration under penalty of perjury specifically explaining how the conditions he described in his June 28, 2010, Motion had prevented him from filing a Second Amended Complaint that remedied the problems with the First Amended Complaint detailed in the Court's Order Dismissing First Amended Complaint With Leave to Amend; or, in the alternative, 2. file a Second Amended Complaint. To date, plaintiff has not filed a declaration under penalty of perjury or a Second Amended Complaint.

Accordingly, **no later than October 6, 2010, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute. Filing of plaintiff's declaration, or, in the alternative, a Second Amended Complaint on or before October 6, 2010, shall be deemed compliance with this Order to Show Cause. Plaintiff's failure to file the requisite declaration or a Second Amended Complaint by October 6, 2010, shall result in the Court recommending that this action be dismissed for failure to prosecute.

cc:     Jesse Yarborough, Pro se                                                                        Initials of Deputy Clerk<u>    ch    </u>