UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JESSE YARBOROUGH, | No. ED CV 10-346-VAP (PLA) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.

2. Defendants' motion to dismiss is granted with respect to plaintiff's claims against all defendants apart from Fernandez and Elevazo, and such claims are dismissed without leave to amend, but without prejudice for failure to exhaust plaintiff's administrative remedies.

3. Defendants' motion to dismiss is denied with respect to plaintiff's Eighth Amendment claims against defendants Fernandez and Elevazo.

4. Defendants Fernandez and Elevazo are **ordered** to file an answer to plaintiff's Eighth Amendment claims.

5. The clerk shall serve this order on all counsel or parties of record.

DATED:
August _27__, 2012

*Virginia A. Phillips*
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

2