# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JESSE YARBOROUGH, | No. ED CV 10-346-VAP (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Pursuant to the order accepting Magistrate Judge's final report and recommendation, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 20, 2014

/s/ Virginia A. Phillips
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE